State, Respondent, v. Ratliff, Petitioner, No. 74278-2. Petition for review of a decision of the Court of Appeals, No. 50054-6-I, June 20, 2003. *Denied* February 3, 2004.

*Anderson, Respondent, v. Weyerhaeuser Co., et al., Petitioners,* No. 74247-2. Petition for review of a decision of the Court of Appeals, No. 27285-7-II, March 11, 2003, 116 Wn. App. 149. *Granted* February 4, 2004. Case dismissed by order of the Supreme Court May 20, 2004.

*State, Respondent, v. George, Petitioner,* No. 74096-8. Petition for review of a decision of the Court of Appeals, No. 27612-7-II, May 28, 2003, 117 Wn. App. 1003. *Denied* February 4, 2004.

*State, Respondent, v. Smith, Petitioner,* No. 74113-1. Petition for review of a decision of the Court of Appeals, No. 48225-4-I, June 2, 2003, 117 Wn. App. 1006. *Denied* February 4, 2004.

*Richards, Petitioner, v. Seattle Metro. Credit Union, Respondent,* No. 74127-1. Petition for review of a decision of the Court of Appeals, No. 50267-1-I, May 12, 2003, 117 Wn. App. 30. *Denied* February 4, 2004.

*State, Respondent, v. Durall, Petitioner,* No. 74131-0. Petition for review of a decision of the Court of Appeals, No. 47928-8-I, May 5, 2003, 116 Wn. App. 1059. *Denied* February 4, 2004.

*State, Petitioner, v. Brady, Respondent. State, Petitioner, v. Jones, Respondent. State, Petitioner, v. Jones, Respondent,* No. 74226-0. Petition for review of a decision of the Court of Appeals, Nos. 26620-2-II, 26761-6-II, 26712-8-II, March 11, 2003, 116 Wn. App. 143. *Denied* February 4, 2004.